FILED
November 18, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000341774

**JEFFREY L. WALL - #58559**
Attorney at Law
6067 North Fresno Street, Suite 101
Fresno, California 93710-5264
Telephone (559) 222-9495
Telefax (559) 222-9496
Internet: jeffwall.law@sbcglobal.net

Attorney for: James E. Salven, Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

CALIFORNIA OLIVE GROWERS,

Debtor.

Case No. 04-60321-B-7
DC No. JLW-1

APPLICATION FOR EMPLOYMENT OF GENERAL COUNSEL FOR CHAPTER 7 TRUSTEE

[No hearing required]

TO THE HON. W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

The application of James E. Salven, Chapter 7 Trustee, Applicant herein, states:

1. The Debtor's petition for relief under 11 U.S.C. Chapter 7 was filed on December 13, 2004.

2. Applicant is the duly appointed, qualified, and acting Chapter 7 Trustee herein.

3. Applicant requires general counsel to represent him in this proceeding, specifically for the purpose of investigating possible avoidable preferences, and recovering the same for the estate.

4. To fulfill the purpose described above, Applicant desires the assistance of general counsel, especially counsel with a civil litigation background. Applicant will not use general counsel to perform any services which Applicant, as Trustee, is legally required to perform himself.

5. Jeffrey Wall is a member of the State Bar of California with 32 years of experience in civil litigation, and extensive service as counsel for Chapter 7 Trustees on numerous occasions. Applicant desires to hire Jeffrey Wall as general counsel in this case and believes that he possesses the requisite skill, experience, and integrity to represent Applicant competently.

6. To the best of Applicant's knowledge, Jeffrey Wall does not represent any interest which is adverse to that of Applicant, the Debtor, or the Bankruptcy Estate. To the best of Applicant's knowledge, there are no connections between Jeffrey Wall and the Debtor, Creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

7. Submitted contemporaneously herewith is the declaration of Jeffrey Wall which states that there are no connections between the proposed counsel and me, or the creditors, or other parties in interest, or the U. S. Trustee and his employees which are known to Mr. Wall, and further states he will perform legal services for me on an hourly basis and will charge his time at the rate of $200.00 per hour.

Wherefore, Applicant prays for an order of this Court authorizing the employment of Jeffrey Wall as general counsel for applicant on the terms set out above and for the performance of the services set out above.

Dated: November 17, 2005                /s/James E. Salven, Chapter 7 Trustee