JANZEN, TAMBERI & WONG
Accountancy Corporation
7650 North Palm Avenue, Suite 105
Fresno, CA 93711
(559) 432-0300



FILED
DEC 21 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the matter of ) Case No. 04-60321-B-7F
) DC No. JT&W1
California Olive Growers ) Chapter 7
)
) ORDER AUTHORIZING
) EMPLOYMENT OF ACCOUNTANT
Debtor(s). )

UPON THE APPLICATION of the Trustee, together with a Declaration in support therefore, the Court, having read the Application and being fully advised in the premises;

FINDS that notice is not required and that good cause has been shown; and

THAT JANZEN, TAMBERI & WONG does not hold any interest adverse to the estate, and that JANZEN, TAMBERI & WONG, its officers and employees are disinterested persons as defined in 11 USC §101(13) and as required by 11 USC §327(a).

WHEREFORE, IT IS HEREBY ORDERED that the Trustee herein is authorized to employ JANZEN, TAMBERI & WONG Accountancy Corporation as Certified Public Accountants, to render the

RECEIVED
December 16, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000370447

services for the Trustee and on behalf of the estate as described in and upon the conditions set forth in the Application, and as may be requested by the Trustee when in the best interests of the estate and the creditors thereof.

IT IS FURTHER ORDERED that JANZEN, TAMBERI & WONG, Accountancy Corporation be empowered to act, through its officers and employees, for and on behalf of the Trustee and/or the estate, to represent them before any taxing authority including, but not limited to the Internal Revenue Services and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the Trustee and the estate which the Trustee is by law permitted regarding any tax estate which may arise during the administration of the estate.

Compensation for the services actually performed shall be subject to the approval of the Court after the filing of a complete accounting of such services, including the detailed information and itemization required by local rules, the Bankruptcy Code or Rules, and this Court.

DATED: 12-21-05

HON. W. RICHARD LEE
UNITED STATES BANKRUPTCY JUDGE

-2-    ORDER