JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

Total pages: 1


FILED
JUL 13 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

CALIFORNIA OLIVE GROWERS,

Debtor(s).

Case No: 04-60321-B-7

Chapter 7

DC NO. JES-1

**ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE AGENT**

The Application of Trustee for Authority to Employ Real Estate Agent ("Application") for the property located at 12806 Rd. 26, Madera, Ca, bearing APN 046-010-005, 046-030-003,004,025,026, came before the Court for approval.

The Court, having considered the Application and it appearing that the Agent, Al Mendrin, has no connection with the debtors, creditors, any other party in interest, or their respective attorneys and accountants, the United States Trustee and it appearing that Agent is a disinterested person and the employment is in the best interest of the estate;

IT IS HEREBY ORDERED that the applicant be, and hereby is, authorized to employ Agent, pursuant to 11 U.S.C. § 327. It is also ordered that all compensation is subject to court approval on a noticed motion, including any payment on conversion or amendment of exemptions.

DATED: 7-13-06

HONORABLE W. RICHARD LEE
United States Bankruptcy Judge

RECEIVED
July 12, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000512907

321