2004-60321
FILED
September 17, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001401893

Total Number of Pages: 2

Beth Maxwell Stratton (SBN 138049)
THE STRATTON LAW FIRM
829 North Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

Attorneys For James E. Salven, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In the Matter of

CALIFORNIA OLIVE GROWERS,

Debtor.

Case No. 04-60321-B-7

Chapter 7

DC. No. BMS - 2

**ORDER AUTHORIZING TRUSTEE TO EMPLOY GENERAL COUNSEL**

An application to employ attorneys pursuant to 11 U.S.C. §327 has been made. Based upon the application, the record, and the verified statement required by Bankruptcy Rule 2014(a),

It appears that the attorney is eligible to be employed. The court hereby approves, subject to the following reasonable terms and conditions set forth below, the employment of The Stratton Law Firm, to replace Seng & Stratton effective as of the date of the filing of the application.

Reasonable terms and conditions of employment include, pursuant to 11 U.S.C. §§327, 329-330, the following matters related to compensation:

1. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. §330(a).

2. Compensation will be at the "lodestar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in *In re Manoa*

1

RECEIVED
September 10, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001401893

*Fin. Co.*, 853 F.2d 687 (9th Cir. 1988). No hourly rate referred to in the application is approved unless unambiguously so stated in this order or in a subsequent order of this court.

DATED: _____

Dated: September 17, 2008

W. Richard Lee
United States Bankruptcy Judge